# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-672

**Caption [use short title]**

**Motion for:** MOTION TO EXTEND TIME TO RESPOND

**Set forth below precise, complete statement of relief sought:**

Defendant-Appellant Coverall North America, Inc. ("CNA") respectfully requests a 17-day extension of time within which to file its reply brief, from November 24, 2023 to December 11, 2023. The motion is unopposed.

Caribe Billie, et al. v. Coverall North America, Inc

**MOVING PARTY:** Coverall North America, Inc.   **OPPOSING PARTY:** Caribe Billie, et al.

☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Matthew J. Iverson   **OPPOSING ATTORNEY:** Shannon Liss-Riordan

[name of attorney, with firm, address, phone number and e-mail]

NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111

Litchen & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

**Court- Judge/ Agency appealed from:** Janet C. Hall

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this court?   ☐ Yes ☑ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Matthew J. Iverson   **Date:** 10/11/2023   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 23-672

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**CARIBE BILLIE, QUINCY REEVES,** *individually and on behalf of all other similarly situated individuals*,

Plaintiffs - Appellees,

v.

**COVERALL NORTH AMERICA, INC.,**

Defendant - Appellant.

On Appeal from the United States District Court
For the District of Connecticut
Case No. 3:19-00092-JCH
The Honorable Janet C. Hall

### MOTION TO EXTEND TIME TO RESPOND

Norman M. Leon, Esq.
Patricia C. Zapata, Esq.
**DLA PIPER LLP (US)**
444 West Lake Street,
Suite 900
Chicago, Illinois 60606-0089
Tel. (312) 368-4000
norman.leon@us.dlapiper.com
patricia.zapata@us.dlapiper.com

Matthew J. Iverson, Esq.
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.iverson@nelsonmullins.com

*Attorneys for Defendant-Appellant*

1604070782

Defendant-Appellant Coverall North America, Inc. ("CNA") respectfully requests a 17-day extension of time within which to file its reply brief, from November 24, 2023 to December 11, 2023. The current deadline – Friday, November 24 – is the Friday after Thanksgiving. This is CNA's first request for an extension to file a brief in this case. Counsel for the Plaintiffs-Appellees do not oppose this request, and no party will be prejudiced by the requested extension. CNA submits that there is good cause for this request, as follows:

1. Counsel for CNA have multiple briefing deadlines and scheduling conflicts that coincide with CNA's deadline to file a reply brief. Namely,

    a. Mr. Iverson and Ms. Zapata are scheduled to be present for in-person depositions during the weeks of November 13 and November 27, which will require travel.

    b. Mr. Norman Leon, Mr. Matthew Iverson, and Ms. Patricia Zapata have an appellate opposition brief due on December 6, 2023 responding to a certified question before the Massachusetts Supreme Judicial Court.

2. Lead counsel for CNA, Norman Leon, will be medically unavailable to assist with briefing for the majority of the month of November.

3. Counsel for CNA with primary brief writing responsibilities, Mr. Iverson, will be travelling out of the country from November 17 to November 21. Ms. Patricia Zapata will also be traveling for the Thanksgiving holiday beginning on November 22.

For the foregoing reasons, CNA respectfully requests that the Court grant its unopposed motion for a 17-day extension of time to file Defendant-Appellant's reply brief.

DATED: October 11, 2023  By its attorneys,
/s/ Matthew J. Iverson
Matthew J. Iverson (BBO No. 653880)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center
Suite 3500
Boston, MA 02111
(617) 217-4700
matthew.iverson@nelsonmullins.com

Norman M. Leon
Patricia C. Zapata
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
(312) 368-4000
Norman.Leon@dlapiper.com

1604070782

## CERTIFICATE OF COMPLIANCE

This extension motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 253 words excluding the parts exempted by Rule 27(a)(2)(B). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface Century Schoolbook using Microsoft Word in 14-point.

## CERTIFICATE OF SERVICE

I, Matthew J. Iverson, hereby certify that on October 11, 2023, I caused the Motion to Extend Time to Respond to be electronically filed with the Clerk of the Court of Appeals for the Second Circuit using the CM/ECF system and to be served on all counsel of record.

*/s/ Matthew J. Iverson*
Matthew J. Iverson

Dated: October 11, 2023

1604070782